FILED

08/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0394

No. DA 20-0394

**In the Supreme Court of the State of Montana**

WESTERN NATIVE VOICE, MONTANA NATIVE VOTE, ASSINIBOINE AND SIOUX TRIBES OF FORT PECK, BLACKFEET NATION, CONFEDERATED SALISH AND KOOTENAI TRIBES, CROW TRIBE, FORT BELKNAP INDIAN COMMUNITY,

*Plaintiffs-Appellees*,

*v.*

COREY STAPLETON, *in his official capacity as Montana Secretary of State*,

*Defendant-Appellant.*

On Appeal from the Thirteenth Judicial District, Yellowstone County
The Honorable Jessica T. Fehr, Presiding

**Order Granting Speaker Hertz and President Sales' Motion For Leave to File Amicus Brief on Behalf of the Montana State Legislature**

Pursuant to Mont. R. App. P. 16, Proposed Amici Speaker Greg Hertz on behalf of the House of Representatives of Montana and President Scott Sales on behalf of the Montana State Senate have moved this Court to participate as amici in this matter. The motion is unopposed. Having reviewed the motion and the briefing thereof,

**IT IS HEREBY ORDERED** that Speaker Hertz and President Sales' Motion for Leave to File Amicus Brief on behalf of the Montana State Legislature is **GRANTED**. Their brief, attached to their Motion for Leave, shall

be filed by the Clerk, with paper copies due to the Court within seven (7) days of the Clerk's filing.

Dated this _____ day of _____, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2020